672

(121 So. 925)
Ernest ROGERS v. STATE.    (7 Div. 521.)

Court of Appeals of Alabama.    Feb. 5, 1929.

Rehearing Stricken March 19, 1929.

Milo Moody, of Scottsboro, and J. A. Johnson, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.   Appellant was convicted of the offense of assault with intent to murder, and sentenced to serve imprisonment in the penitentiary for an indeterminate term of from two to three years.

The indictment, trial, and conviction appear to be in all things regular. No exceptions, worthy of mention, if, indeed, there were any at all, were reserved on the taking of testimony.   The oral charge of the court was unusually full, clear, and explicit.   It properly placed before the jury every phase of the case, and in it the court was careful to give appellant the full benefit of every contention made by him from the evidence. There was no error in overruling the motion for a new trial.   The judgment is affirmed.
Affirmed.

(128 So. 924)
Charlie ROOKS v. STATE.
7 Div. 694.

Court of Appeals of Alabama.
June 10, 1930. .

SAMFORD, J.
Affirmed.

(124 So. 925)
Charlie ROPER v. STATE.    (5 Div. 760.)

Court of Appeals of Alabama.   Nov. 26, 1929.

SAMFORD, J.   Appeal dismissed.

(121 So. 925)
James RUDOLPH and James Carlisle v. STATE.   (6 Div. 438.)

Court of Appeals of Alabama.   March 26, 1929.

BRICKEN, P. J.   The two appellants were tried jointly, and were convicted under an indictment which charged burglary and grand larceny.   From the judgment of conviction, they jointly appealed to this court, their appeal being rested upon the record only.   The record is regular and without error.   Let the judgment of conviction, from which the appeal was taken, stand affirmed.
Affirmed.

(128 So. 924)
C. C., alias Charlie, RUSSELL v. STATE.
4 Div. 640.

Court of Appeals of Alabama.
May 20, 1930.

SAMFORD, J.
Judgment affirmed; remanded for proper sentence.

(119 So. 925)
Charlie C. RYALS v. STATE.    (3 Div. 557.)

Court of Appeals of Alabama.   Jan. 22, 1929.

Powell & Hamilton, of Greenville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.   Defendant was convicted on a charge of manufacturing whisky.   A careful reading of this record does not disclose a single exception presenting a question of merit.   The defendant has had a fair trial. The question of guilt vel non was properly presented to the jury, and, there being no error in the record, the judgment is affirmed.

(123 So. 927)
John SALES v. STATE.   (8 Div. 821.)

Court of Appeals of Alabama.   June 29, 1929.

BRICKEN, P. J.   Affirmed.